JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEILA CRUZ McCOY, | ) Case No. SACV 21-00583-JAK (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| U.S. DEP'T OF HOUSING & URBAN DEVELOPMENT et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 13, 2021

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE